UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Corey Earl Artis**                                     **Docket No. 5:11-CR-14-1H**

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Corey Earl Artis, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge on November 9, 2011, to the custody of the Bureau of Prisons for a term of 52 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Corey Earl Artis was released from custody on November 14, 2014, at which time the term of supervised release commenced. On November 26, 2014, a Violation Report was submitted advising that the defendant tested positive for marijuana. Artis was verbally reprimanded for this drug use, counseled about his actions, and referred to outpatient substance abuse treatment. The court agreed to continue supervision. On July 27, 2015, a Petition for Action was submitted advising that Artis tested positive for marijuana, left the district without permission, moved without notifying the probation officer, and failed to attend drug treatment as instructed. As a sanction for these violations, the court agreed to the following modification:

> The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since on/about August 1, 2015, the defendant has not been able to secure stable, adequate housing. Reportedly, he has slept outside on numerous occasions. The defendant is disabled and is a paraplegic. Artis has requested and agreed to be placed at a residential reentry center as directed by the probation officer. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

> The defendant shall undergo placement in a residential reentry center for a period of 120 days or until he establishes an acceptable residence approved by the probation office and shall abide by the conditions of that program during said placement.

Corey Earl Artis
Docket No. 5:11-CR-14-1H
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2338
Executed On: October 19, 2015

### ORDER OF THE COURT

Considered and ordered this 20th day of October, 2015 and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge